**Jamie William SITES, Plaintiff— Appellant,**

**and**

**Jedediah Leslie Vickers;  Robert Anthony Propst;  Jeremy Anthony Propst; Charles Lee Bennett, Plaintiffs,**

**v.**

**PENDLETON COUNTY BOARD OF EDUCATION, A Public Corporation, Defendant—Appellee.**

No. 07–7385.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 25, 2008.

Jamie William Sites, Appellant Pro Se. Bryce Aaron Adkins, Jacquelyn J. Core, Steptoe & Johnson, Morgantown, West Virginia;  Richard Michael Yurko, Jr., Steptoe & Johnson, Clarksburg, West Virginia, for Appellee.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie William Sites appeals from the district court's order denying relief on his

motion for reconsideration filed pursuant to Fed.R.Civ.P. 60(b). Our review of the record discloses that this appeal is without merit. Sites' motion for reconsideration does not demonstrate that his civil complaint was improperly dismissed. We therefore find that the district court's denial of his motion for reconsideration was not an abuse of discretion. Accordingly, we affirm the district court's order on the reasoning of the district court. *Sites v. Pendleton Cty. Bd. of Education,* No. 2:05–cv–00043–REM, 2007 WL 2455466 (N.D.W.Va. Aug. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.